Swain/S

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/25/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN KERNAGHAN, derivatively on behalf of JARDEN CORPORATION

Plaintiff,

- against -

MARTIN E. FRANKLIN, IAN G. H. ASHKEN, JAMES E. LILLIE, JOHN DAVID TOLBERT, DOUGLAS W. HUEMME, RICHARD L. MOLEN, IRWIN D. SIMON, ROBERT L. WOOD, RENE-PIERRE AZRIA, AND CHARLES R. KAYE,

Defendants,

- and -

JARDEN CORPORATION, a Delaware Corporation,

Nominal Defendant.

Case No. 06 Civ. 1533 (LTS)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that Defendants time to answer, move against, or otherwise respond to the complaint shall be adjourned to May 31, 2006.

Dated: New York, New York
April 19, 2006

LAW OFFICES OF THOMAS G. AMON

By: [signature]
Thomas G. Amon (TA-1515)

500 Fifth Avenue, Suite 1650
New York, New York 10110
(212) 810-2431

ROBBINS UMEDA & FINK, LLP
Brian J. Robbins
Jeffrey P. Fink
610 West Ash Street, Suite 1800
San Diego, California 92101
(619) 525-3990
*Attorneys for Plaintiff*

WILLKIE FARR & GALLAGHER LLP

By: [signature]
Stephen W. Greiner (SG-4287)

787 Seventh Avenue
New York, New York 10019
(212) 728-8000
*Attorneys for Defendants*

SO ORDERED:

[signature] 4/24/06
Hon. Laura Taylor Swain, U.S.D.J.